EDMONSON, APPELLANT, *v.* PUBLIC EMPLOYEES RETIREMENT
SYSTEM OF OHIO ET AL., APPELLEES.

[Cite as *Edmonson v. Pub. Emp. Retirement
System* (1992), 63 Ohio St.3d 1202.]

(No. 91–264—Submitted January 22, 1992—Decided March 4, 1992.)

---

*Stanley R. Stein,* for appellant.

*Lee I. Fisher,* Attorney General, and *William Damsel,* for appellee Public
Employees Retirement System of Ohio.

*Ronald J. O'Brien,* City Attorney, and *Kathleen Daugherty,* for appellee
city of Columbus.

---

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

The court orders that the court of appeals' opinion not be published in the
Ohio Official Reports, and that it may not be cited as authority except by the
parties *inter se.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ.,
concur.